## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

DORETTA KING and J.R. KING,     )
     )
     Plaintiffs,     )
     )
     v.     )     Case No. 1:22-CV-138-SNLJ
     )
WAL-MART STORES EAST, LP     )
     )
     Defendant.     )

## MEMORANDUM AND ORDER

Plaintiffs seek leave to file their Third Amended Complaint (TAC).  [Doc. 27.]

Plaintiffs add new facts into the TAC they learned of during discovery.  Defendant did not

oppose the motion and the time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file a third amended complaint [Doc. 27] is **GRANTED** and that the third amended complaint be docketed.

Dated this 8th day of June, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE